**Vacate and Remand and Opinion Filed April 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01636-CV

**CURBED.COM, LLC AND SARAH FIRSHEIN, Appellants**
**V.**
**DR. RICHARD MALOUF AND LEANNE MALOUF, Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06268-C**

## MEMORANDUM OPINION

Before Justices Fillmore, Stoddart, and Whitehill
Opinion by Justice Whitehill

The parties have filed a joint motion to dismiss the appeal, vacate the trial court's order, and remand this case to the trial court with instructions to enter judgment in accordance with the parties' agreement. We grant the motion to the extent that we set aside the trial court's order without reference to the merits and remand the case to the trial court for rendition of judgment consistent with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

131636F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CURBED.COM, LLC AND SARAH
FIRSHEIN, Appellants

No. 05-13-01636-CV        V.

DR. RICHARD MALOUF AND LEANNE
MALOUF, Appellees

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-12-06268-C.
Opinion delivered by Justice Whitehill.
Justices Fillmore and Stoddart participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's November 4, 2013 Order Denying Defendants Curbed.com, LLC and Sarah Firshein's Anti-SLAPP Motion to Dismiss under Texas Civil Practice & Remedies Code § 27.001 *et seq.* without regard to the merits and **REMAND** the case to the trial court for rendition of judgment in accordance with the parties' agreement.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered April 29, 2015.

–2–